UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ONAS BURGOS SANTIAGO,**

    **Plaintiff,**

v.                                                                                          Case No.: 8:17-cv-2971-T-33AAS

**MUNCHIES PET OF NEW TAMPA, INC.,**
**TEXT TAMPABAY, LLC,**

    **Defendants.**
_____/

## ORDER

Before the Court is pro se Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Affidavit of Indigency") (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis*.

An individual may proceed in forma pauperis if he declares in an affidavit that he "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). In the Affidavit of Indigency, Plaintiff indicates he receives a self-employment monthly income of $9,000.00, and has $825.00 per month in expenses. (Doc. 2). If accurately reported, it appears Plaintiff has sufficient discretionary income and would be financially able to pay the appropriate filing fee. Accordingly, the Court cannot grant Plaintiff's motion to proceed *in forma pauperis* based on his financial condition as reported in his Affidavit of Indigency. Nevertheless, Plaintiff will be provided an opportunity to file an amended affidavit so that he may furnish any additional information or clarification about his financial condition.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **TAKEN UNDER ADVISEMENT**, and Plaintiff shall have until **December 29, 2017** to file

an amended affidavit and provide any additional information as to his financial situation. Alternatively, Plaintiff may opt to pay the filing fee.

**DONE AND ORDERED** in Tampa, Florida on this 12th day of December, 2017.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge